# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MATTHEW JAMES BURKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-14-1138-F |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social | ) |
| Security Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation on October 5, 2015, recommending that the final decision of defendant denying plaintiff's application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 416(i), 423, be reversed and remanded for further administrative proceedings. Magistrate Judge Purcell advised the parties of their respective right to file an objection to the Report and Recommendation by October 26, 2015 and further advised that failure to timely object would waive appellate review of the recommended ruling.

To date, no objection to the Report and Recommendation has been filed, and no request for an extension of time to object has been filed. With no objection being filed within the time prescribed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell on October 5, 2015 (doc. no. 25) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The final decision of defendant, Carolyn W. Colvin,

Acting Commissioner of the Social Security Administration, denying plaintiff, Matthew James Burke's application for disability insurance benefits is **REVERSED**, and this matter is **REMANDED** for further administrative proceedings pursuant to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Judgment shall issue forthwith.

DATED October 27, 2015.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-1138p002.wpd